AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Kansas

| United States of America, | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No.  20-mj-8277-JPO |
| Benito Hernandez, | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Benito Hernandez                                                                                                   .

Date:   12/16/2020                                                        David Magariel
                                                                                        *Attorney's signature*

                                                                                David Magariel, #21748
                                                                                *Printed name and bar number*

                                                                                500 State Ave., Suite 201
                                                                                Kansas City, KS 6601

                                                                                        *Address*

                                                                                david_magariel@fd.org
                                                                                        *E-mail address*

                                                                                (913) 551-6712
                                                                                *Telephone number*

                                                                                (913) 551-6562
                                                                                    *FAX number*